METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education Members and Joseph Meloche
Our File No. 89897 ELH

| | |
|---|---|
| F.V. & M.V., INDIVIDUALLY AND ON BEHALF OF B.V.<br><br>Plaintiffs,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION MEMBERS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; SUPERINTENDENT, JOSEPH MELOCHE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AND JOHN DOES 1-10 IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 1:22-CV-04401-KMW-SAK<br><br>Civil Action<br><br>**NOTICE OF CROSS MOTION TO STRIKE MATERIALS E-FILED BY PLAINTIFFS' COUNSEL AND INCORRECTLY DESIGNATED "ADMINISTRATIVE RECORD"** |

**TO: MOTIONS CLERK AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned will apply to the United States District Court for an Order to strike from the record Documents 5, 6, 13 and 14 filed by Plaintiffs' counsel.

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Cherry Hill Township
Board of Education Members and
Joseph Meloche

By:____________________________
Eric L. Harrison

DATED: July 25, 2022
A proposed form of Order is annexed hereto.