METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education Members and Joseph Meloche
Our File No. 89897 ELH

| | |
|---|---|
| F.V. & M.V., INDIVIDUALLY AND ON BEHALF OF B.V.<br>F.V. & M.V., INDIVIDUALLY AND ON BEHALF OF B.V.<br><br>Plaintiffs,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION MEMBERS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; SUPERINTENDENT, JOSEPH MELOCHE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AND JOHN DOES 1-10 IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 1:22-CV-04401-KMW-SAK<br><br>**CERTIFICATION OF ERIC L. HARRISON IN RESPONSE TO PLAINTIFFS' "MOTION TO SEAL ADMINISTRATIVE RECORD" AND IN SUPPORT OF CROSS-MOTION TO STRIKE MATERIALS FILED BY PLAINTIFFS' COUNSEL WHICH DO NOT CONSTITUTE THE ADMINISTRATIVE RECORD** |

I, Eric L. Harrison, of full age, duly certify as follows:

1. I am an attorney at law in the State of New Jersey, associated with the law firm of Methfessel & Werbel, attorneys for the defendants,

Cherry Hill Township Board of Education Members and Joseph Meloche, and in such capacity I am fully familiar with the facts of the within matter.

2. With respect to Plaintiffs' "motion to seal administrative record" (Document 15), we have no object to the permanent sealing of all of the records that Mr. Epstein electronically filed on July 8, 2022 and July 21, 2022 (Documents 5, 6, 13 and 14), as many of the materials are confidential student records to which the public should not have access.

3. However, these materials should not be on the docket at all for the simple reason that they are not, in fact, the administrative record.

4. As I stated in my letter to the Court on July 21, 2022 (Document 12; attached hereto as Exhibit 2), the New Jersey Office of Administrative Law is in the process of retrieving and forwarding to Judge Williams' chambers the actual administrative record. There is no legitimate reason for Mr. Epstein to select and file what he wishes to define as the administrative record.

5. While I am unable to access the materials designated "administrative record" that Mr. Epstein filed because they were automatically placed under seal (apparently counsel of record do not have rights to view sealed documents), I have painstakingly reviewed the 1,423 pages of materials that Mr. Epstein emailed to me after filing what he

described as the administrative record. Of the materials within these 1,423 pages, many items that were accepted into evidence in the hearing are missing, and many hundreds of pages that Mr. Epstein filed were not admitted into evidence.

6. The following materials, expressly described in ALJ Crowley's Final Decision as entered into evidence, are not included within the materials that Mr. Epstein has electronically filed:

R-80 September 10, 2020, email exchange between Trina Ragsdale and parents

R-85 November 11, 2020, email of District's attorney to parents' attorney enclosing IEP meeting notice, IEP amendment consent form and a draft IEP

R-85(a) November 18, 2020, email of case manager Leanne Bernosky to petitioners with final IEP

R-88 December 20, 2020, related services progress report, marking period one

R-89 December 20, 2020, related services progress report, marking period two

R-95 February 9, 2021, email of case manager Leanne Bernosky to parents

R-96 February 11, 2021, email of parents to Ms. Bernosky

R-97 February 17, 2021, email of Ms. Bernosky to parents

R-98 February 19, 2021, email of parents to Ms. Bernosky

R-99 February 27, 2021, parental declination of in-person education

R-100 March 9, 2021, email of parents to Bernosky

R-101 March 10, 2021, invitation for annual review of IEP

R-102 Progress report for second marking period

R-103 Report card, first and second marking periods

R-104 Spring 2021 running record information

R-105 Kindergarten ELA assessment materials

(Final Decision, attached hereto as **Exhibit 1**)

7. The following materials filed by Mr. Epstein (described by his "Volume" and "page" numbers where he included such designations; otherwise described by the numbers of the single PDF he provided to me) were not admitted into the administrative record:

Pages 62 through 641, 646-657, 659: Student records, communications and CVs that were not admitted into evidence

Pages 661-671: Transcript of 3/9/21 teleconference regarding settlement negotiations

Pages 1263-1310 (VOL 13, p.1 through VOL 14, p. 9): Plaintiffs' proposed Exhibits P-1 through P-6, which were not admitted into evidence

Pp. 1377 (Vol 14, p. 76-77): Plaintiffs' proposed Exhibits P-11 and P-12, which were not admitted into evidence

Pp 1406-1422 (Vol 14, pp. 105-121): 9/28/2017 IEP of BV, which was not admitted into evidence

8. The 14 volumes of materials electronically filed by Mr. Epstein should not be accepted as the "administrative record" because they are not, in fact, the administrative record.

9. The New Jersey Department of Education, to whom I emailed a request that the administrative record be forwarded to Judge Williams on July 8, 2022, promptly responded that they would retrieve and forward the

record as requested. Curiously, Mr. Epstein objected to the NJDOE doing so on the basis that it would be an "ex parte" communication with the Court. On July 25, 2022 the NJDOE responded via email to me and Mr. Epstein that they are in the process of copying the record, after which they will forward it to the Court. (**Exhibit 3**)

10. Based on the foregoing, we ask that the Court strike the entirety of Documents 5, 6, 13 and 14 and that Plaintiffs' "motion to seal administrative record" either be denied as moot, or granted with respect to the actual administrative record to be forwarded by the NJDOE to Judge Williams' chambers.

I swear under penalty of perjury that the foregoing is true and correct.

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Cherry Hill Township
Board of Education Members and
Joseph Meloche

By:____________________________
Eric L. Harrison

DATED: July 25, 2022