METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education Members and Joseph Meloche
Our File No. 89897 ELH

| | |
|---|---|
| F.V. & M.V., INDIVIDUALLY AND ON BEHALF OF B.V.<br><br>Plaintiffs,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION MEMBERS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; SUPERINTENDENT, JOSEPH MELOCHE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AND JOHN DOES 1-10 IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 1:22-CV-04401-KMW-SAK<br><br>**ORDER STRIKING DOCUMENTS 5, 6, 13 AND 14; DENYING PLAINTIFFS' "MOTION TO SEAL ADMINISTRATIVE RECORD" AS MOOT** |

**THIS MATTER** having been brought before the Court on the Motion of Methfessel & Werbel attorneys for defendants, Cherry Hill Township Board of Education Members and Joseph Meloche for an Order to strike the

documents filed by Plaintiffs' counsel and described as the "administrative record, and the Court having considered the matter and for good cause shown;

**IT IS** on this day of 2022;

**ORDERED** that the Clerk shall strike form the docket those materials filed by Plaintiffs' counsel at Document Numbers 5, 6, 13 and 14; and it is further

**ORDERED** that Plaintiffs' "Motion to Seal Administrative Record" be and is hereby denied as moot.

__________________________________