

**METHFESSEL & WERBEL**
A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
MARC DEMBLING*+
(1944-2022)

Counsel
ADAM M. CARMAN+^
SARAH K. DELAHANT+
SHAJI M. EAPEN+
JAMES FOXEN^
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
FRANK J. KEENAN>^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
KYLE A. LIVINGSTONE>
ASHLEY E. MALANDRE^
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL+
SARAH E. SHEPP+
TIFFANY D. TAGARELLI>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
>Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New Jersey**

April 19, 2023

VIA ELECTRONIC FILING
VIA LREX
Honorable Karen M. Williams, U.S.D.J.
United States District Court
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plz., Fourth & Cooper Streets
Camden, NJ 08101

RE:   **F.V. AND M.V. O/B/O B.V. VS. CHERRY HILL TWP BOE MEMBERS, ET AL.**
      Our File No.      :   89897 ELH
      Civil Action No.  :   1:22-cv-04401-KMW-MJS

Dear Judge Williams:

I enclose a Motion for Summary Judgment on behalf of the Cherry Hill Township Board of Education.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:egs/Encl.

cc:   VIA E-FILING AND EMAIL ONLY
      VIA EMAIL: JE@JamieEpsteinLaw.com
      Jamie Epstein, Esq.
      17 Fleetwood Drive
      Hamilton, NJ 08690

2025 Lincoln Highway · Suite 200 · P.O. Box 3012 · Edison, NJ 08818 · (732) 248-4200 · FAX (732) 248-2355
112 West 34th Street · 17th Floor · New York, NY 10120 · (212) 947-1999 · FAX (212) 947-3332
One Liberty Place · 1650 Market St., 36th Floor · Philadelphia, PA 19103 · (215) 665-5622 · FAX (215) 665-5623
101 Federal Street · Suite 1900 · Boston, MA 02110 · (617) 204-5630 · FAX (617) 977-9398
www.njinslaw.com

Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education
Our File No.  89897 ELH

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| F.V. AND M.V. O/B/O B.V.<br><br>        Petitioner,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION<br><br>        Respondent. | CIVIL ACTION NO.: 1:22-CV-04401-KMW-MJS<br><br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**TO:   CLERK, JAMIE EPSTEIN, ESQ.**

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court at United States District Court District of New Jersey Camden Mitchell H. Cohen Federal Courthouse, P.O. Box 2736 1 John F. Gerry Plz., Fourth & Cooper Streets Camden, NJ 08101 for an Order of Summary Judgment dismissing the Plaintiffs' Complaint.

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Cherry Hill Township
Board of Education

By:_____
       Eric L. Harrison

DATED: April 19, 2023